No. 97–7638.  RUFFIN v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.  

No. 97–7642.  ALVARADO v. UNITED STATES;
No. 97–7680.  JOHNSTON v. UNITED STATES;
No. 97–7684.  ADAMS v. UNITED STATES; and
No. 97–7686.  LOWERY v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.  Reported below: 127 F. 3d 380.

No. 97–7661.  HAYWARD v. UNITED STATES.  C. A. 1st Cir.  Certiorari denied.

No. 97–7663.  DEES v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.  

No. 97–7681.  REECE v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.  

No. 97–7683.  TYNDALL v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.  

No. 97–7688.  CHANG HAN CHEN v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.  

No. 97–7690.  SUAREZ v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.  

No. 97–7693.  SOBRILSKI v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.  

No. 97–7696.  MONTANO v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.  

No. 97–7699.  BALL v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.  

No. 97–7701.  GUERRERO v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.  

No. 97–7703.  UZUEGBUNAM v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.  

No. 97–7705.  REYES-CRUZ v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.  

No. 97–7713.  TAYLOR v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.